**Dismissed  and Memorandum Opinion filed June 13, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00244-CV
_____

## DAVID MCKEAND, Appellant

## V.

## DANIEL LANSDOWN, Appellee

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 22-0025-C26**

## MEMORANDUM  OPINION

This appeal is from a judgment signed February 11, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On April 14, 2023, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On

May 23, 2023, appellant was ordered to provide this court with proof of payment for the record on or before June 2, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson